IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GSE LINING TECHNOLOGY, INC. § | |
|    Plaintiff § | |
| § | |
| v. § | C.A. NO.: 4:07-cv-01158 |
| § | |
| TRUCKERS EXPRESS, INC., § | |
| THE FROST NATIONAL BANK § | |
| D/B/A/ FROST CAPITAL GROUP, § | |
| UNIVERSAL AM-CAN, LTD., § | |
| DADS TRANSPORT, INC., AND § | |
| ADVANCED BUSINESS CAPITAL, L.L.C. § | |
|    Defendants § | |

**ORDER ON MOTION TO SUBSTITUTE 4B'S RESTAURANTS INC.
AS REAL PARTY IN INTEREST**

After considering 4B's Restaurants Inc.'s Motion to Substitute as Real Party In Interest, the Court

GRANTS 4B's Restaurants Inc.'s Motion to Substitute as Real Party In Interest.

SIGNED on _January 31_, 2008.

_____
UNITED STATES DISTRICT JUDGE

4                                                                 1192113_1.DOC